Mark F. Anderson (SBN 44787)
ANDERSON, OGILVIE & BREWER LLP
235 Montgomery Street, Suite 914
San Francisco, California 94104
Telephone: (415) 651-1951
Fax: (415) 500-8300
Email: mark@aoblawyers.com

Attorneys for Plaintiffs Randall Weldemere & Denise Weldemere

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL WELDEMERE & DENISE WELDEMERE,<br><br>Plaintiffs,<br><br>v.<br><br>SCHOOLS FINANCIAL CREDIT UNION;<br>TRANS UNION LLC; and<br>EQUIFAX INFORMATION SERVICES LLC<br><br>Defendants. | Case No. 2:12-cv-01837-JAM-DAD<br><br>STIPULATION AND ORDER CONTINUING DATES FOR EXPERT WITNESS DISCLOSURE |

Whereas, on August 31, 2013, the Court entered its Status (Pre-Trial Scheduling) Order;

Whereas, the Court set the date for disclosure of experts on February 8, 2013, and the date for disclosure of supplemental and rebuttal experts on March 8, 2013;

Whereas, the parties have exchanged written discovery and are otherwise diligently proceeding with the case;

Whereas, the parties are engaged in settlement negotiations;

Whereas, the parties wish to avoid incurring the costs of retaining expert witnesses, if possible;

//

**STIP & ORDER RE EXPERT DISCLOSURES, WELDEMERE V SCHOOLS FIN CU, NO. 2:12-CV-01837-JAM-DAD**

1  IT IS HEREBY STIPULATED by and between the parties that disclosure of experts may be continued to March 8, 2013 and the date for disclosure of supplemental and rebuttal experts may be continued to March 22, 2013.

Dated: January 31, 2013.

/s/ *Thomas P. Quinn*
Thomas P. Quinn, SBN 132268
NOKES & QUINN
410 Broadway, Suite 210
Laguna Beach, CA 92651
Phone: 949.376.3500
Fax: 949.376.3070
Email: tquinn@nokesquinn.com

Attorneys for Equifax Information Services LLC

Dated: January 31, 2013

/s/ *Mark F. Anderson*
Mark F. Anderson, SBN 44787
Anderson, Ogilvie & Brewer LLP
600 California Street, 18th FL
San Francisco, CA 94108
Phone: 415.651.1951
Fax: 415.956.3233
mark@aoblawyers.com

Attorney for Plaintiffs

Dated: January 31, 2013.

/s/ *Timothy J. McCaffrey*
Timothy J. McCaffrey (SBN 154668)
Leora R. Ragones (SBN 215423)
Lombardi, Loper & Conant LLP
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541
Phone: 510.433.2600
Fax: 510.433.2699
Emails: tjm@llcllp.com
lragones@llcllp.com

Attorneys for Schools Financial CU

Dated: January 31, 2013

/s/ *Debra A. Miller*
Debra A. Miller (IN 27254-49)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN 46077
Phone: 317.363.2400
Fax: 317.363.2257
Email: dmiller@schuckitlaw.com

**STIP & ORDER RE EXPERT DISCLOSURES, WELDEMERE V SCHOOLS FIN CU, NO. 2:12-CV-01837-JAM-DAD**

*/s/ Monica Katz-Lapides*
Monica Katz-Lapides (SBN 257231)
Tate & Associates
1321 8th Street, Suite 4
Berkeley, CA 94710
Phone: 510.525.5100
Fax: 510.525.5130
Email: mkl@tateandassociates-law.com

Counsel for Defendant Trans Union, LLC

ORDER

Based on the parties' stipulation and for good cause shown, the date for the parties' disclosure of experts is continued to March 8, 2013 and the date for disclosure of supplemental and rebuttal experts is continued to March 22, 2013.

Dated: February 1, 2013.

/s/ John A. Mendez
Judge of the U.S. District Court

**STIP & ORDER RE EXPERT DISCLOSURES, WELDEMERE V SCHOOLS FIN CU, NO. 2:12-CV-01837-JAM-DAD**